**Motion Granted; Dismissed and Memorandum Opinion filed March 1, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00091-CR

————————

**BERNARD MARIO CLARK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 06-DCR-044740A**

## MEMORANDUM OPINION

Appellant filed a *pro se* notice of appeal from the trial court's Findings of Fact and Conclusions of Law, Recommendation, and Order on appellant's application for post-conviction writ of habeas corpus pursuant to Article 11.07 of the Texas Code of Criminal Procedure.[1]  An article 11.07 writ of habeas corpus is returnable to the Court of Criminal Appeals, and the convicting court's order may not be appealed to this court.  *See* Tex. Code Crim. Proc. art. 11.07, §3.  Thus, only the Court of Criminal Appeals has

---

[1]  Appellant was convicted of aggravated assault with a deadly weapon, and this court affirmed his conviction in 2008. *See Clark v. State,* No. 14-08-00025-CR, 2008 WL 5441877 (Tex. App.—Houston [14th Dist.] Dec. 30, 2008, pet. ref'd) (not designated for publication).

jurisdiction to review post-conviction habeas corpus proceedings. *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991); *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (holding that article 11.07 provides the exclusive means to challenge a final felony conviction). The trial court ordered its findings, conclusions, recommendation and order to be forwarded to the Texas Court of Criminal Appeals.

On February 7, 2012, the State filed a motion to dismiss this appeal for want of jurisdiction. On February 17, 2012, appellant filed a *pro se* document in which he argued the merits of his claims but did not address this court's jurisdiction.

This court lacks jurisdiction to consider an appeal from the order on appellant's post-conviction application for writ of habeas corpus. Accordingly, we grant the State's motion and order the appeal dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.
Do Not Publish — Tex. R. App. P. 47.2(b).